**Exhibit A**

Table of Last-Observed Infringements by Defendants of Zero Tolerance Entertainment's Copyright in the Motion Picture "Official Wife Swap Parody," Copyright Reg. No. PA0001711457

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 100.3.120.249 | 2011-11-13 12:12:25 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 2 | 173.168.176.94 | 2011-10-13 08:10:58 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 3 | 173.169.155.99 | 2011-12-04 09:05:30 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 4 | 173.169.158.155 | 2011-12-10 07:14:55 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 5 | 173.169.233.232 | 2011-11-30 01:18:42 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 6 | 173.170.19.40 | 2011-10-26 01:53:03 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 7 | 173.171.10.182 | 2011-11-06 10:10:18 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 8 | 173.65.220.39 | 2011-10-17 10:20:23 -0400 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 9 | 173.65.247.58 | 2011-11-09 05:31:23 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 10 | 174.58.88.140 | 2011-10-24 23:30:05 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 11 | 184.88.208.187 | 2011-11-19 19:38:28 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 12 | 184.91.107.97 | 2011-11-07 15:03:04 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 13 | 24.136.33.6 | 2011-10-29 19:14:27 -0400 | COX COMMUNICATIONS | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 14 | 24.160.120.236 | 2011-10-30 13:47:16 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 15 | 65.32.51.69 | 2011-12-01 00:01:31 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 16 | 65.34.225.184 | 2011-10-22 09:52:58 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 17 | 65.34.86.22 | 2011-12-02 00:45:30 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 18 | 65.35.5.241 | 2011-10-13 09:42:51 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 19 | 65.35.95.108 | 2011-10-22 00:59:33 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 20 | 65.35.95.231 | 2011-10-14 06:09:50 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 21 | 66.177.69.46 | 2011-10-26 02:30:56 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 22 | 67.8.237.208 | 2011-10-25 00:59:22 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 23 | 68.202.179.105 | 2011-10-12 23:17:44 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 24 | 68.202.201.118 | 2011-11-09 17:06:43 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 25 | 68.205.104.14 | 2011-10-18 22:49:39 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 26 | 68.54.206.5 | 2011-10-18 10:29:23 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 27 | 68.54.79.84 | 2011-10-21 03:07:24 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |

| Doe 28 | 68.59.146.182 | 2011-10-29 02:06:14 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| --- | --- | --- | --- | --- | --- |
| Doe 29 | 70.126.170.231 | 2011-11-12 11:11:17 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 30 | 70.126.7.0 | 2011-10-12 00:59:29 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 31 | 70.191.176.6 | 2011-10-18 23:06:47 -0400 | COX COMMUNICATIONS | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 32 | 72.184.235.46 | 2011-11-03 07:13:49 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 33 | 72.186.116.92 | 2011-10-24 13:56:37 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 34 | 72.186.119.49 | 2011-10-29 15:20:27 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 35 | 72.64.190.197 | 2011-11-07 19:00:37 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 36 | 75.74.110.244 | 2011-10-27 01:14:36 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 37 | 75.74.90.250 | 2011-10-27 20:06:45 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 38 | 76.109.165.158 | 2011-10-22 09:51:51 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 39 | 96.243.182.249 | 2011-10-23 21:00:39 -0400 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 40 | 96.254.221.198 | 2011-11-24 12:55:15 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 41 | 97.101.187.166 | 2011-12-10 00:59:57 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 42 | 97.96.93.231 | 2011-11-16 08:51:07 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 43 | 97.97.57.30 | 2011-11-01 16:43:55 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 44 | 98.170.219.36 | 2011-10-29 00:54:37 -0400 | COX COMMUNICATIONS | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 45 | 98.208.158.134 | 2011-10-14 17:52:33 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 46 | 98.211.161.17 | 2011-10-23 21:04:28 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 47 | 98.219.83.227 | 2011-10-29 06:13:18 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 48 | 98.231.14.205 | 2011-10-12 02:54:25 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 49 | 98.249.179.61 | 2011-10-17 17:03:40 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 50 | 98.249.227.181 | 2011-10-18 21:48:15 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 51 | 98.254.105.44 | 2011-10-24 00:59:56 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 52 | 98.254.69.162 | 2011-10-22 02:40:52 -0400 | Comcast Cable | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |